MICHAEL R. SHERWOOD, State Bar No. 63702
GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
(510) 550-6725

PATRICK GALLAGHER, State Bar No. 146105
Sierra Club Environmental Law Program
85 2nd St., Fourth Floor
San Francisco, CA  94109-3441
(415) 977-5709

ERIC E. HUBER, Colo. Bar No. 700024, *Pro Hac Vice*
Sierra Club Environmental Law Program
2260 Baseline Road, Suite 105
Boulder, CO 80302
(303) 449-5595

Attorneys for Defendant-Intervenor Applicants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA FORESTY ASS'N, *et al.*, | Case No. 2:05-cv-00905-MCE-DAD |
| Plaintiffs, | |
| v. | ORDER GRANTING UNOPPOSED APPLICATION FOR ORDER SHORTENING TIME |
| DALE N. BOSWORTH, *et al.*, | |
| Defendants, | |
| and, | |
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB and THE WILDERNESS SOCIETY, | |
| Defendant-Intervenor Applicants. | |

1

The application of Defendant-Intervenor Applicants Sierra Nevada Forest Protection Campaign, *et al.* for shortened time to hear their motion for leave to intervene in this action is hereby GRANTED.

DATED: June 9, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE