UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA FORESTRY ASSOCIATION and AMERICAN FOREST & PAPER ASSOCIATION,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>DALE BOSWORTH, Chief, United States Forest Service; MIKE JOHANNS, Secretary of Agriculture; and JACK A. BLACKWELL, Regional Forester, Pacific Southwest Region, United States Forest Service,<br><br>　　　　　　Federal Defendants. | No. CIV-S-05-0905 MCE/GGH<br><br>**ORDER ON PARTY SUBSTITUTION** |

　　　This matter is before the Court upon Federal Defendants' notice of party substitution pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.  The Court, being fully informed of the basis for Federal Defendants' notice, hereby ORDERS that Bernard Weingardt shall be substituted in his official capacity as Regional Forester, Pacific Southwest Region (Region 5), United States Forest Service, for defendant Jack Blackwell.

///

///

///

///

1     The clerk shall modify the docket accordingly.

2     It is SO ORDERED.

Dated: June 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE