1  BABAK NAFICY (CSB No. 177709)
   Law Office of Babak Naficy
2  1204 Nipomo Street
   San Luis Obispo, CA 94301
3  Telephone: (805) 593 0926
   Facsimile: (805) 593 0946
4
   BRIAN GAFFNEY (CSB No. 168778)
5  Law Offices of Brian Gaffney
   605 Market Street. Suite 505
6  San Francisco, CA 94105
   Telephone: (415) 442 0711
7  Facsimile: (415) 442 0713

8  DEANNA SPOONER (CSB Bar No. 183763)
   Pacific Rivers Council
9  540 Oak Street, Suite E
   Eugene, OR 97401
10 Telephone: (541) 345 0119
   Facsimile: (541) 345 0710
11
   Attorneys for Plaintiff:
12 Pacific Rivers Council

13

14                IN THE UNITED STATES DISTRICT COURT

15                   EASTERN DISTRICT OF CALIFORNIA

16

17 CALIFORNIA FORESTRY ASSOCIATION      No. CIV-S-05-0905 MCE/GGH
   and AMERICAN FOREST & PAPER
18 ASSOCIATION

19         Plaintiffs,

20     v.                               **ORDER GRANTING UNOPPOSED
                                        APPLICATION FOR ORDER
21 DALE N. BOSWORTH, et al.             SHORTENING TIME**

22         Defendants

23 and

24 SIERRA NEVADA PROTECTION
   CAMPAIGN et al.
25
           Defendant-Intervenors
26 and

27 PACIFIC RIVERS COUNCIL

28         Defendant Intervenor
   Applicants.

1 | The application of Defendant-Intervenor Applicant Pacific
2 | River Council for shortened time to hear their motion for leave
3 | to intervene in this action is hereby GRANTED.
4 | The motion to intervene shall be heard on July 25, 2005 at
5 | 9:00 a.m. No response to the motion is required.
6 | DATE: July 21, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1