IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA FORESTRY ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DALE BOSWORTH, Chief, United States Forest Service, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> SIERRA NEVADA FOREST PROTECTION CAMPAIGN, *et al.*, <br><br> Defendant- Intervenors, <br><br> and <br><br> PACIFIC RIVERS COUNCIL, <br><br> Defendant- Intervenor. | No. CIV-S-05-0905 MCE/GGH <br><br> **ORDER STAYING PLAINTIFFS' CLAIMS AGAINST THE 2001 FRAMEWORK** |

The parties in this case have requested that the Court stay the litigation of Plaintiffs' claims directly challenging the 2001 Sierra Nevada Forest Plan Amendment ("2001 Framework"). Based upon the parties' stipulation, the Court finds that it is in the interest of judicial economy to stay Plaintiffs' direct challenges to the 2001 Framework. The Court

1  therefore ORDERS that the parties' request is hereby GRANTED.  The stay shall continue unless
2  and until this Court, or another court, sets aside the 2004 Framework, or until the 2001
3  Framework becomes operative through some other mechanism.
4  It is so ORDERED.

6  Dated: August 31, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE