1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9           EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, ET AL., | No. 2:05-cv-0205-MCE-GGH |
| Plaintiffs, | Related Cases:<br>2:05-cv-0211-MCE-GGH<br>2:05-cv-0905-MCE-GGH<br>2:05-cv-0953-MCE-GGH |
| v. | |
| MARK REY, in his official capacity as Under Secretary of Agriculture, ET AL., | **SUBSTITUTION OF ATTORNEYS AND ORDER** |
| Defendants. | |
| and | |
| CALIFORNIA CATTLEMEN'S ASSOCIATION, | |
| Intervenor-Defendants | |

    THE COURT AND ALL PARTIES ARE NOTIFIED that California Cattlemen's Association makes the following substitution:

    1.  Former legal representative: Livingston & Mattesich Law Corporation.

    2.  New legal representation: William J. Thomas, Law Office of William J. Thomas, 1201 K Street, Suite 1100, Sacramento, California 95814; telephone (916) 442-1111.

3. The party making this substitution is the Plaintiff and Counter-Defendant in the above and foregoing matter.

I consent to the substitution.

Dated: January 6, 2006          CALIFORNIA CATTLEMEN'S
                                ASSOCIATION

                                By: /s/ Benjamin L. Higgins
                                    BENJAMIN L. HIGGINS
                                    Executive Vice President

I consent to the substitution.

Dated: January 6, 2006          LIVINGSTON & MATTESICH LAW
                                CORPORATION

                                By: /s/ William J. Thomas

Dated: January 6, 2006          LAW OFFICE OF WILLIAM J. THOMAS

                                By: /s/ William J. Thomas
                                    WILLIAM J. THOMAS

IT IS SO ORDERED.

DATE: January 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2