IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

SIERRA NEVADA FOREST
PROTECTION CAMPAIGN, *et al.*,
    Plaintiffs,

v.

MARK REY, in this official capacity as
Under Secretary of Agriculture, *et al.*,
    Defendants,
  and

CALIFORNIA FORESTRY ASS'N,
TUOLUMNE COUNTY ALLIANCE FOR
RESOURCES & ENV'T, *et al.*,
    Intervenor-Defendants.

Case No. 2:05-cv-0205-MCE-GGH

Related Cases:  2:05-cv-0211-MCE-GGH
                   2:05-cv-0905-MCE-GGH
                   2:05-cv-0953-MCE-GGH

ORDER GRANTING TUCARE'S REQUEST
TO APPEAR AT THE JUNE 19 HEARING
BY TELEPHONE

Hon. Morrison C. England, Jr.
Hearing Date:  June 19, 2006, 2:30 PM

The Court GRANTS the request of Thomas R. Lundquist to appear at the June 19 hearing by telephone for Intervenor-Defendants Tuolomne County Alliance for Resources and Environment, and California Forestry Ass'n *et al.* ("TuCare"). The Court staff will call Mr. Lundquist at 703-534-5546 near the time of the hearing.

Dated: June 14, 2006

                                          MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE