1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | J. MATTHEW RODRIQUEZ
Chief Assistant Attorney General
3 | KEN ALEX
Senior Assistant Attorney General
4 | SALLY MAGNANI
Supervising Deputy Attorney General
5 | JANILL L. RICHARDS
Deputy Attorney General
6 | State Bar No. 173817
   1515 Clay Street, 20th Floor
7 |    P.O. Box 70550
   Oakland, CA  94612-0550
8 |    Telephone: (510) 622-2130
   Fax: (510) 622-2270
9 |    Email: Janill.Richards@doj.ca.gov

10 | Attorneys for People of the State of California

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE EASTERN DISTRICT OF CALIFORNIA

13 | SACRAMENTO DIVISION

14 |

15 | **PEOPLE OF THE STATE OF CALIFORNIA, ex rel. BILL LOCKYER,  ATTORNEY GENERAL,**      CIV 2:05-cv-00211 MCE GGH

16 |                             Plaintiff,      **STIPULATION REGARDING REMEDY BRIEFING**

17 |        v.      **SCHEDULE**; **ORDER**

18 | **UNITED STATES DEPARTMENT OF AGRICULTURE et al.**      Related Case Nos.
CIV 2:05-cv-0205 MCE GGH
19 |      CIV 2:05-cv-0953 MME GGH
                         Defendants.      CIV 2:05-cv-0905 MME GGH

20 |

21 |

22 |      The Court in its August 19, 2008, Memorandum and Order directed the parties in this matter

23 | to propose a briefing schedule regarding remedy within ten days.

24 |      Plaintiff the People of the State of California,  Federal Defendants United States Department

25 | of Agriculture, et al., and Defendant-Intervenors Tuolumne County Alliance for Resources &

26 | Environment et al., Defendant-Intervenors Quincy Library Group, et al., Defendant-Intervenors

27 | California Cattlemen's Association, and Defendant-Intervenor California Ski Industry Association,

28 | by their undersigned attorneys, therefore stipulate as follows:

1    1.   Plaintiff will file its opening brief no later than October 6, 2008.

2    2.   Defendants and Defendant-Intervenors will file their opening briefs no later than

3 October 29, 2008.

4    3.   Plaintiff will file its reply brief no later than November 19, 2008.

5    4.   Defendants and Defendant-Intervenors will file their final briefs no later than

6 December 5, 2008.  The final briefs will not include any new declarations or new arguments.

7    5.   The parties request that the Court schedule the hearing on remedy for December 19, 2008

8 at 9:00 a.m.

9    Arguments will be based on the briefs, declarations (if any), and the record, and no witnesses

10 will be presented.  Counsel may appear at the hearing by telephone.

11 Dated:  September 4, 2008

12                              Respectfully submitted,

13
                              /s/ Janill L. Richards (authorized 8/26/08)
14                              EDMUND G. BROWN JR.
                              Attorney General of the State of California
15                              JANILL L. RICHARDS
                              Deputy Attorney General
16                              California Department of Justice

17                              *Attorneys for Plaintiff the People of the State of California*

18

19

20

21

22

23

24

25

26

27

28
                        – signatures continued next page –

1
/s/ Cynthia S. Huber (authorized 8/26/08)
RONALD J. TENPAS

2
Assistant Attorney General
CYNTHIA S. HUBER

3
Assistant Section Chief
BARCLAY SAMFORD

4
Trial Attorney
Natural Resources Section

5
Environment & Natural Resources Division
U.S. Department of Justice

6
1961 Stout Street, 8th Floor
Denver, CO 80294

7
Tel.: (303) 844-1475
Fax: (303) 844-1350

8

9
McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY

10
Assistant United States Attorney
501 I Street, Suite 10-100

11
Sacramento, CA 95814
Tel.: (916) 554-2702

12
Fax: (916) 554-2900

13
*Attorneys for Defendants United States Department of Agriculture, et al.*

14

15
/s/ Thomas R. Lundquist (authorized 8/26/08)
THOMAS R. LUNDQUIST, Pro Hac Vice

16
J. MICHAEL KLISE, Pro Hac Vice
STEVEN P. QUARLES

17
Crowell & Moring LLP
1001 Pennsylvania Ave., NW

18
Washington, DC 20004-2595
Tel. (202) 624-2500

19
Fax (202) 628-5116

20
*Counsel for Defendant-Intervenors*
*Tuolumne County Alliance for Resources &*

21
*Environment, et al.*

22

23
/s/ Michael B. Jackson (authorized 8/26/08)
MICHAEL B. JACKSON
P.O. Box 207

24
Quincy, CA 95971
Tel. (530) 283-1007

25

26
*Counsel for Defendant-Intervenors*
*Quincy Library Group, et al.*

27
– signatures continued next page –

28

3

1
/s/ William J. Thomas (authorized 8/28/08)
WILLIAM J. THOMAS
Law Offices of William J. Thomas

2
1201 K. Street, Suite 1100
Sacramento, CA 95814-3938

3
Tel. (916) 442-1111
Fax (916) 448-1709

4

5
*Counsel for Defendant-Intervenor*
*California Cattlemen's Association*

6

7

8
/s/ Brian Kelly (authorized 8/26/08)
BRIAN KELLY
DuaneMorris

9
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104

10
Tel. (415) 957-3213

11
*Counsel for Defendant-Intervenor*
*California Ski Industry Association*

12

13

14
     **IT IS SO ORDERED**.

15

16
Dated:  September 4, 2008

17

18
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28