1   RONALD J. TENPAS
    Assistant Attorney General
2   Environment & Natural Resources Division
    BARCLAY T. SAMFORD
3   Trial Attorney
    Natural Resources Section
4   Environment & Natural Resources Division
    U.S. Department of Justice
5   1961 Stout Street - 8th Floor
    Denver, CO 80294
6   Telephone:     (303) 844-1475
    Facsimile:     (303) 844-1350
7
    McGREGOR W. SCOTT
8   United States Attorney
    DAVID T. SHELLEDY
9   Assistant United States Attorney
    501 I Street, Suite 10-100
10  Sacramento, CA  95814
    Telephone:     (916) 554-2702
11  Facsimile:     (916) 554-2900

12  Attorneys for Federal Defendants

13              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF CALIFORNIA
14                    SACRAMENTO DIVISION

15  CALIFORNIA FORESTRY ASSOCIATION,      )
    et al.,                               )
16                                        )   No. CIV-S-05-0905 MCE/GGH
                    Plaintiffs,           )
17                                        )   STIPULATION TO MODIFY
           v.                             )   BRIEFING SCHEDULE
18                                        )
    GAIL KIMBELL, Chief, United States Forest )
19  Service, et al.,                      )
                                          )
20                  Federal Defendants.   )
                                          )   (Related Cases)
21  _____  )
    PEOPLE OF THE STATE OF CALIFORNIA,    )
22  ex rel. BILL LOCKYER, Attorney General, )   No. CIV-S-05-0211 MCE/GGH
                                          )
23                  Plaintiff,            )
                                          )
24         v.                             )
                                          )
25  UNITED STATES DEPARTMENT OF           )
    AGRICULTURE, et al.,                  )
26                                        )
                    Federal Defendants.   )
27  _____  )
                                          )
28  SIERRA FOREST LEGACY et al.,          )
                                          )
                                          )   No. CIV-S-05-0205 MCE/GGH

1              Plaintiffs,        )

2        v.                               )

3  MARK REY, in his official capacity as Under  )

    Secretary of Agriculture, *et al.*,         )

4                               )

              Federal Defendants.    )

5

6       The parties in these three related cases are currently briefing the question of the

7  appropriate remedy.  In each case the Court has entered the parties' stipulated briefing schedule.

8  [No. 05-0205, Dkt. No. 257; No. 05-0211, Dkt. No. 176; No. 05-0905, Dkt. No. 134].  The Court

9  has set a hearing on remedy in all three related cases for December 19, 2008.

10      Under the existing schedule, Defendant and Defendant-Intervenors in <u>Sierra Forest Legacy</u>

11  <u>v. Rey</u>, No. 05-0205 MCE/GGH, are to submit their opening briefs on remedy on October 22,

12  2008, Plaintiffs are to reply by November 12, 2008, and Defendant and Defendant-Intervenors are

13  to submit their reply by November 26, 2008. [Dkt. No. 257, in Case No. 05-0205].

14      Counsel for the parties in <u>Sierra Forest Legacy v. Rey</u> have conferred and agreed to

15  extend the deadline for Defendants' opening brief by one week and to extend the deadline for

16  Plaintiffs' reply brief by one week.  Counsel for the parties in <u>California v. U.S. Dep't of Agric.</u>,

17  No. 05-0211-MCE-GGH, and <u>California Forestry Ass'n  v. Bosworth</u>, No. 05-0905-MCE-GGH,

18  have conferred and agreed to adjust the remaining deadlines in those cases so that the relative

19  order of the briefing in all three cases is maintained and the cases proceed in an orderly fashion.

20      This agreement allows completion of all briefing in all three cases prior to the scheduled

21  December 19, 2008 hearing.  This agreement would not alter the hearing date set by the Court.

22      NOW THEREFORE the undersigned stipulate as follows:

23  1.     In the matter of <u>Sierra Forest Legacy v. Rey</u>, No. 05-0205 MCE/GGH,

24       (A)    Defendants and Defendant-Intervenors will file their opening brief no later than

25             October 29, 2008.

26       (B)    Plaintiffs will file their reply no later than November 26, 2008.

27

28

(C)   Defendants and Defendant-Intervenors will file their final briefs no later than December 10, 2008.  The final briefs will not include any new declarations or new arguments.

2.   In the matter of <u>California v. U.S. Dep't of Agric.</u>, No. 05-0211-MCE-GGH,

(A)   Defendants and Defendant-Intervenors will file their opening brief no later than November 5, 2008.

(B)   Plaintiffs will file their reply no later than November 26, 2008.

(C)   Defendants and Defendant-Intervenors will file their final briefs no later than December 12, 2008.  The final briefs will not include any new declarations or new arguments.

3.   In the matter of <u>California Forestry Ass'n  v. Bosworth</u>, No. 05-0905-MCE-GGH,

(A)   Defendants and Defendant-Intervenors will file their opening brief no later than November 17, 2008.

(B)   Plaintiffs will file their reply no later than November 28, 2008.

(C)   Defendants and Defendant-Intervenors will file their final briefs no later than December 15, 2008.  The final briefs will not include any new declarations or new arguments.

4.   All three matters remain set for hearing on December 19, 2008.  Arguments will be based on the briefs, declarations (if any), and the record, and no witness will be presented. Counsel may appear at the hearing by telephone.

Dated: October 20, 2008                    Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Assistant United States Attorney

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

 /s/ Barclay T. Samford
BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section

Case 2:05-cv-00905-MCE-EFB   Document 137   Filed 10/21/08   Page 4 of 7

1

Environment & Natural Resources Division
U.S. Department of Justice

2

1961 Stout Street - 8th Floor
Denver, CO 80294

3

Telephone:     (303) 844-1475
Facsimile:     (303) 844-1350

4

Clay.Samford@usdoj.gov

5

Attorneys for Federal Defendants in Sierra Nevada Forest Protection Campaign et al. v. Rey et al.,
CIV-S-05-0205 MCE/GGH, People of the State of California v. United States Department of

6

Agriculture, et al., CIV-S-05-0211 MCE/GGH, and California Forestry Association et al. v.
Kimbell et al.,  No. CIV-S-05-0905 MCE/GGH.

7

8

Dated: October 20, 2008                    Respectfully submitted,

9

                                           /s/David B. Edelson
                                           DAVID B. EDELSON

10

                                           840 Grizzly Peak Blvd
                                           Berkeley, CA 94708

11

                                           (510) 527-4116

12

                                           GREGORY C. LOARIE
                                           MICHAEL R. SHERWOOD

13

                                           Earthjustice
                                           426 17th Street, 5th Floor

14

                                           Oakland, CA 94612

15

                                           PATRICK GALLAGHER
                                           Sierra Club Environmental Law Program

16

                                           85 2nd St., Fourth Floor
                                           San Francisco, CA 94109-3441

17

18

Attorneys for Sierra Forest Legacy et al. Plaintiffs in Sierra Nevada Forest Protection Campaign et
al. v. Rey et al., CIV-S-05-0205 MCE/GGH, and Defendant-Intervenors in California Forestry

19

Association et al. v. Kimbell et al.,  No. CIV-S-05-0905 MCE/GGH.

20

Dated: October 20, 2008                    Respectfully Submitted

21

                                           EDMUND G. BROWN, JR.
                                           Attorney General

22

                                           SALLY MAGNANI KNOX
                                           JAMIE JEFFERSON

23

                                           Deputy Attorney General

24

                                            /s/ Janill L. Richards
                                           JANILL L. RICHARDS

25

                                           Deputy Attorney General
                                           1515 Clay Street, Suite 2000

26

                                           Oakland, CA 94612-0550

27

Attorneys for PEOPLE OF THE STATE OF CALIFORNIA, ex. Rel. EDMUND G. BROWN JR.,
ATTORNEY GENERAL, plaintiff in People of the State of California v. United States

28

Department of Agriculture, et al., CIV-S-05-0211 MCE/GGH.

Page 3

1 | Dated: October 20, 2008            Respectfully submitted,

2 |                                    Steven P. Rice (SBN 094321)
3 |                                    CROWELL & MORING LLP
   |                                    3 Park Plaza
   |                                    20th Floor
4 |                                    Irvine, CA 92614-8505

5 |                                    /s/ Thomas R. Lundquist
   |                                    Thomas R. Lundquist (D.C. Bar No. 968123, pro hac vice)
6 |                                    J. Michael Klise (D.C. Bar No. 412420; pro hac vice)
   |                                    Steven P. Quarles (D.C. Bar No. 351668)
7 |                                    CROWELL & MORING LLP
   |                                    1001 Pennsylvania Avenue, N.W.
8 |                                    Washington, D.C. 20004-2595

9 | Attorneys for Plaintiffs California Forestry Ass'n and American Forest & Paper Ass'n in
   | California Forestry Association et al. v. Kimbell et al., No. CIV-S-05-0905 MCE/GGH; and
10 | Attorneys for Intervenor-Defendants Tuolumne County Alliance for Resources & Environment, et
   | al. in Sierra Nevada Forest Protection Campaign et al. v. Rey et al., CIV-S-05-0205 MCE/GGH,
11 | and People of the State of California v. United States Department of Agriculture, et al.,
   | CIV-S-05-0211 MCE/GGH
12 |

13 | Dated: October 20, 2008            Respectfully submitted,

14 |                                    /s/ Brain A. Kelly
   |                                    BRAIN A. KELLY
15 |                                    DUANE MORRIS, LLP
   |                                    One Market St., Spear Tower, Suite 2000
16 |                                    San Francisco, CA 94105

17 | Attorney for California Ski Industry Association, Intervenor in Sierra Nevada Forest Protection
   | Campaign et al. v. Rey et al., CIV-S-05-0205 MCE/GGH, and People of the State of California v.
18 | United States Department of Agriculture, et al., CIV-S-05-0211 MCE/GGH

19 |
20 | Dated: October 20, 2008            Respectfully submitted

21 |                                    /s/ Michael B. Jackson
   |                                    MICHAEL B. JACKSON
   |                                    429 West Main St.
22 |                                    Quincy, CA

23 | Attorney for Quincy Library Group and Plumas County, Intervenors in Sierra Nevada Forest
   | Protection Campaign et al. v. Rey et al., CIV-S-05-0205 MCE/GGH, People of the State of
24 | California v. United States Department of Agriculture, et al., CIV-S-05-0211 MCE/GGH, and
   | Pacific Rivers Council v. United States Forest Service et al., CIV-S-05-0953 MCE/GGH.
25 |

26 | Dated: October 20, 2008            Respectfully submitted,

27 |                                    /s/ William J. Thomas
   |                                    WILLIAM J. THOMAS
28 |                                    Best Best & Krieger LLP
   |                                    400 Capitol Mall, Suite 1650

1    Sacramento, CA 95814

2    Attorneys for California Cattlemen's Association, Intervenor in <u>Sierra Nevada Forest Protection</u>
     <u>Campaign et al. v. Rey et al.</u>, CIV-S-05-0205 MCE/GGH, and <u>People of the State of California v.</u>
3    <u>United States Department of Agriculture, et al.</u>, CIV-S-05-0211 MCE/GGH**.**

4

5    **<u>ORDER</u>**

6    Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

7    1.    In the matter of <u>Sierra Forest Legacy v. Rey</u>, No. 05-0205 MCE/GGH,

8    (A)    Defendants and Defendant-Intervenors will file their opening brief no later than

9    October 29, 2008.

10   (B)    Plaintiffs will file their reply no later than November 26, 2008.

11   (C)    Defendants and Defendant-Intervenors will file their final briefs no later than

12   December 10, 2008.  The final briefs will not include any new declarations or new

13   arguments.

14   2.   In the matter of <u>California v. U.S. Dep't of Agric.</u>, No. 05-0211-MCE-GGH,

15   (A)    Defendants and Defendant-Intervenors will file their opening brief no later than

16   November 5, 2008.

17   (B)    Plaintiffs will file their reply no later than November 26, 2008.

18   (C)    Defendants and Defendant-Intervenors will file their final briefs no later than

19   December 12, 2008.  The final briefs will not include any new declarations or new

20   arguments.

21   3.   In the matter of <u>California Forestry Ass'n  v. Bosworth</u>, No. 05-0905-MCE-GGH,

22   (A)    Defendants and Defendant-Intervenors will file their opening brief no later than

23   November 17, 2008.

24   (B)    Plaintiffs will file their reply no later than November 28, 2008.

25   (C)    Defendants and Defendant-Intervenors will file their final briefs no later than

26   December 15, 2008.  The final briefs will not include any new declarations or new

27   arguments.

28

1    4.      All three matters remain set for hearing on December 19, 2008.  Arguments will be based

2            on the briefs, declarations (if any), and the record, and no witness will be presented.

3            Counsel may appear at the hearing by telephone.

4    Dated:  October 21, 2008

5

6                                                        _____
                                                         MORRISON C. ENGLAND, JR.
7                                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28