UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FORESTRY ASSOICATION and AMERICAN FOREST & PAPER ASSOCIATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>ANN M VENEMAN, et al.,<br><br>    Defendants,<br><br>  and<br><br>SIERRA NEVADA FOREST PROTECTION CAMPAIGN, et al.,<br><br>    Intervenor Defendants. | No. 2:05-CV-00905-MCE-EFB<br><br>**ORDER** |

On March 27, 2015, the Court ordered the parties to show cause why this case should not be dismissed for lack of prosecution. ECF No. 150. In response, Plaintiffs filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2). ECF No. 151. The motion explains that the parties have resolved all issues. No party filed an opposition to Plaintiffs' motion.

///

///

1

1   In light of the representations in Plaintiffs' unopposed motion, the Court hereby
2   GRANTS Plaintiffs' motion to dismiss (ECF No. 151).  This case is DISMISSED pursuant
3   to Federal Rule of Civil Procedure 41(a)(2).  The Clerk of the Court is directed to close
4   this action.
5   IT IS SO ORDERED.
6   Dated:  May 8, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT